UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

  v.

HARLAN H. GERTH, et al.,

    Defendants.

Case No.  17-cv-05557-RS

**STANDBY ORDER OF DISMISSAL**

   The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 9, 2018.**   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 16, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

   **IT IS SO ORDERED.**

Dated:  June 15, 2018

_____

Richard Seeborg
United States District Judge